United States Bankruptcy Court
Eastern District of Michigan

In re   Adam Maier                                              Case No. 16-40459

                                                                Chapter    7

        Debtor

### NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT

 NOW COMES THE DEBTOR, by and through her attorney and hereby rescinds the reaffirmation agreements between herself and Space Coast Credit Union found at Docket Number 11.

                                        /s/ Richard T. Ponsetto, Jr.
                                        Richard T. Ponsetto, Jr. P38905
                                        2425 S. Linden Rd. Ste C
                                        Flint, MI 48532
                                        (810) 720-4333
                                        george@bklawoffice.com

                                        Dated: April 12, 2016

Maier RESCISSION of reaff